# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 2, 2011

141515

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

MICHAEL E. TINDALL,
        Plaintiff,

v

SC: 141515
AGC: 0363/09

ATTORNEY GRIEVANCE COMMISSION,
        Defendant.

_____/

      On order of the Court, the complaint for superintending control is considered, and the Grievance Administrator is DIRECTED to provide the plaintiff with a copy of the respondent attorney's answer, as well as a copy of the respondent's supporting documents, unless the Administrator determines that there is cause for not disclosing some or all of the supporting documents.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 2, 2011

_____
Clerk

p0126